[None]

# RICHARD PATTINSON

### v.

# WILLIAM DEALY

### 1806

## JOURNAL ENTRIES

1. Prisoner remanded; certiorari granted . . . *Journal, infra,* \*p. 22
2. Alias certiorari ordered . . . . . . . . . " 24
3. Pluries certiorari ordered . . . . . . . . " 25
4. Argument heard; prisoner discharged . . . . . " 28

## PAPERS IN S. C. FILE

1. Writ of certiorari and return . . . . . . . *Printed in Vol. 2*
2. District court record . . . . . . . . . . . .

66

PAPERS IN D. C. FILE

1. Capias and return . . . . . . . . . . . . .
2. Declaration . . . . . . . . . . . . . .
3. Plea of non assumpsit . . . . . . . . . . .
4. Subpoena for Hugh Armour . . . . . . . . . .
5. Verdict . . . . . . . . . . . . . . .
6. Promissory note . . . . . . . . . . . .